No. 94–1099. CPC INTERNATIONAL, INC. *v.* ARCHER DANIELS MIDLAND CO. C. A. Fed. Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 94–1121. APPLE COMPUTER, INC. *v.* MICROSOFT CORP. ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 94–1124. HENSLER *v.* CITY OF GLENDALE. Sup. Ct. Cal. Motion of National Association of Home Builders for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 94–1137. AUTO-OWNERS INSURANCE CO. *v.* THORN APPLE VALLEY, INC. C. A. 6th Cir. Motion of Michigan Association of Insurance Companies et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.